654

proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Charles Kimmich, pro se. Mr. Inzer B. Wyatt, Jr.,* for New York Clearing House Assn., and *Messrs. John W. Davis* and *Edwin Foster Blair* for William C. Potter, respondents.

No. 343. MOHONK REALTY CORP. *v.* WISE SHOE STORES, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. David W. Kahn* for petitioner. *Mr. Joseph M. Proskauer* for respondent.

No. 354. RITTER ET AL. *v.* MILK & ICE CREAM DRIVERS & DAIRY EMPLOYEES UNION LOCAL 336 ET AL. October 14, 1940. The motion to dispense with the printing and service of portions of the record is granted. The petition for writ of certiorari to the Supreme Court of Ohio is denied. *Messrs. Charles Auerbach* and *Ray T. Miller* for petitioners. *Mr. William J. Corrigan* for the Milk & Ice Cream Drivers & Dairy Employees Union, and *Mr. Raymond T. Jackson* for the Telling Belle-Vernon Co., respondents.

No. 357. DAVIS *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. W. B. Harrell* for petitioner. *Solicitor General Biddle, Assistant Attorney General*

*Rogge*, and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 375. SOUTHERN PACIFIC CO. *v.* THE EASTERN GLADE; and

No. 376. SAME *v.* POSTAL STEAMSHIP CORPORATION. October 14, 1940. The motion to use the certified record in Nos. 73 and 74, October Term, 1939, is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Messrs. Chauncey I. Clark* and *Burton H. White* for petitioner. *Mr. John C. Crawley* for respondents. Reported below: 112 F. 2d 297.

No. 67. WILLIAMS ET AL. *v.* TOOKE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. McAskill* for petitioners. *Messrs. C. D. Turner* and *Donald Campbell* for respondents.

No. 77. LUMBERMENS MUTUAL CASUALTY CO. *v.* MCIVER ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henry Graham Balter* for petitioner. *Mr. Carl B. Sturzenacker* for respondents.

No. 80. BRASHEAR ET AL. *v.* INTERMOUNTAIN BUILDING & LOAN ASSN. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander B. Baker* for petitioners. *Messrs. James C. Inglebretsen, Earl Warren,* Attorney General of California, and *Frank Richards,*